688

*Miller* and *John B. King* for respondent.

No. 800. WELCH ET UX. *v.* UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY; and

No. 801. LEWIS ET AL. *v.* SAME. April 22, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Russell R. Kramer* for petitioners. *Solicitor General Biddle* and *Messrs. William C. Fitts, Jr.* and *Thomas E. Harris* for respondent.

No. 807. PET MILK CO. *v.* GRAY. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wayne Ely* for petitioner. *Mr. Ralph F. Lesemann* for respondent.

No. 811. ANDERSON *v.* UNITED STATES. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert Ash, W. J. Sebald, Roy Messena,* and *Donald N. Schaffer* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* and *Miss Louise Foster* for the United States.

No. 812. CORTE ET AL. *v.* ALBERT MILLER & CO. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Samuel M. Johnston* and *Wm. H. Armbrecht* for petitioners. *Mr. Harry T. Smith* for respondent.